UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 25-CR-14041-MARTINEZ**

UNITED STATES OF AMERICA

v.

MARCO ANTONIO NAVARRO-GOMEZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

    **THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

    **THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on September 5, 2025 **[ECF No. 25]**. A Report and Recommendation was filed on October 3, 2025, recommending that the Defendant's plea of guilty be accepted **[ECF No. 29]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however both parties filed a *Joint Notice of No Objection* **[ECF No. 30]** instead. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

    **ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 29]** of United States Magistrate Judge Shaniek Mills Maynard is hereby **AFFIRMED** and **ADOPTED** in its entirety.

    The Defendant is adjudged guilty of Count One of the Indictment. Count One charges the Defendant with being a Previously Removed Alien Found in the United States, in violation of Title 8, United States Code, Section 1326(a). The Defendant acknowledged that he understood the statutory penalties that apply in his case.

    Sentencing will be set in this matter for **Tuesday, November 4, 2025, at 11:00 a.m.,** before

the Honorable District Judge Jose E. Martinez, at the Alto Lee Adams Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this ___6___ day of October, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Shaniek Mills Maynard
      All Counsel of Record
      U.S. Probation Office